# EXHIBIT A



August 8, 2024

*By Electronic Mail*

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, 8th floor
Washington, DC 20416
FOIA@sba.gov

> Re: Freedom of Information Act request for CBIZ audit report regarding Hawaiian Native Corporation and the Dawson Group

Dear FOIA Officer:

Pursuant to the Freedom of Information Act ("FOIA") and on behalf of my client, Christopher Dawson, I write to request an audit report that has been shared with and is in the possession of the Small Business Administration ("SBA").

The Hawaiian Native Corporation ("HNC") and its Dawson Group ("Dawson") subsidiaries (collectively, "the companies") participate in the SBA's Section 8(a) Business Development Program. On January 31, 2024, SBA issued to HNC and Dawson an Order to Show Cause why SBA should not debar HNC and Dawson based on a Department of Justice criminal investigation involving the companies and its then-CEO Christopher Dawson.

Since then, SBA has participated in negotiations between Mr. Dawson and the companies related to a potential severance agreement for Mr. Dawson. A recent draft of that agreement states: "HNC subsequently retained an independent accounting firm, CBIZ, to conduct an internal forensic accounting analysis into certain financial dealings and other matters relating to HNC/DAWSON and involving Mr. Dawson, the Dawson Group … and related entities controlled or owned by Mr. Dawson." Mr. Dawson understands that a copy of this analysis performed by CBIZ has been provided to SBA.

Accordingly, Mr. Dawson requests the following record:

- The internal forensic accounting analysis performed by the accounting firm CBIZ into financial dealings and other matters related to Hawaiian Native Corporation, Christopher Dawson, and/or the Dawson Group.

---

**H. Christopher Bartolomucci** | PARTNER
Office   (202) 787-1060
Email    cbartolomucci@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
August 8, 2024
Page 2

      This request is directed to all SBA components, offices, or divisions likely to have the requested record. Mr. Dawson is willing to pay up to $250 for the processing of this request. Should the fees exceed that amount, please contact me at the number below. Additionally, in case SBA concludes it is necessary, I have attached an authorization from Mr. Dawson.

      Should you have any questions about this request, I can be reached at (202) 787-1060 or cbartolomucci@schaerr-jaffe.com.

      Thank you for your attention to this matter and I look forward to receiving your response.

                                     Sincerely,

                                     */s/ H. Christopher Bartolomucci*
                                     H. Christopher Bartolomucci

                                     *Counsel for Christopher Dawson*

Enclosure

## Affidavit of Christopher Dawson

I, Christopher Dawson, am a citizen of Hawaii and the United States, am at least 18 years of age, and am competent to declare as follows:

1. I have retained Christopher Bartolomucci of the law firm Schaerr|Jaffe LLP as my attorney.

2. As part of that representation, I have directed Mr. Bartolomucci to submit a Freedom of Information Act ("FOIA") request to the Small Business Administration ("SBA").

3. I further authorize the SBA to release records responsive to the accompanying FOIA request directly to Mr. Bartolomucci, as my representative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Aug 7, 2024

_____
Christopher Dawson