# EXHIBIT B

**From:** foia@sba.gov <foia@sba.gov>
**Date:** Thursday, August 8, 2024 at 12:50 PM
**To:** H. Christopher Bartolomucci <cbartolomucci@schaerr-jaffe.com>
**Subject:** SBA FOIA Request Acknowledgment

Dear Mr./Ms.
Your Freedom of Information Act (FOIA) request has been received by Small
Business Administration (SBA). It has been assigned SBA Tracking number
**SBA-2024-005897.**
SBA will review your request and assign it to the appropriate program office, and
they will contact your regarding the following steps.
Please refence tracking number **SBA-2024-005897** when inquiring about your FOIA
request.
Thank you
FOIA Staff
Click here to take survey