# Exhibit 2



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF GENERAL COUNSEL

June 20, 2025

Christopher H. Bartolomucci
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
cbartolomucci@schaerr-jaffe.com

Dear Mr. Bartolomucci,

This letter is in regard to your Freedom of Information Act ("FOIA") request No. SBA-2024-005897 in which you requested:

> • The internal forensic accounting analysis performed by the accounting firm CBIZ into financial dealings and other matters related to Hawaiian Native Corporation, Christopher Dawson, and/or the Dawson Group.

In accordance with 13 C.F.R. § 102.7, this office is invoking an extension of time in order to process your request. In compliance with Executive Order 12600 – *Predisclosure Notification Procedures for Confidential Commercial Information*, it is necessary to provide the submitter of the information an opportunity to comment on the proposed treatment of the requested document. The submitter is afforded a review and comment period of ten working days from the date of our notification letter. We will notify you as expeditiously as possible once this process is complete and a final disclosure determination is made.

If you have any questions about or need assistance with your request, you may contact me at U.S. Small Business Administration, 409 Third Street SW, Washington DC 20416, by phone at 202-205-6976 or by email at arlene.embrey@sba.gov.

Sincerely,

/s/ *Arlene M. Embrey*
Arlene M. Embrey
Trial Attorney
Office of General Counsel
U.S. Small Business Administration