# Exhibit 3



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

July 17, 2025

Christopher H. Bartolomucci
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
cbartolomucci@schaerr-jaffe.com

Dear Mr. Bartolomucci,

This letter is in regard to your Freedom of Information Act ("FOIA") request No. SBA-2024-005897 in which you requested:

> • The internal forensic accounting analysis performed by the accounting firm CBIZ into financial dealings and other matters related to Hawaiian Native Corporation, Christopher Dawson, and/or the Dawson Group.

On June 20, 2025, our office reached out to David Jimenez in accordance with Executive Order 12600 – *Predisclosure Notification Procedures for Confidential Commercial Information*. Mr. Jimenez did not respond with an objection to our proposed production.

Therefore, SBA is withholding the responsive document in full in accordance with Exemption 4. FOIA Exemption 4 protects commercial or financial information obtained from a person that is privileged or confidential. The withheld document consists entirely of commercial financial information that is deemed confidential.

If you are dissatisfied with the Agency's decision, you may file an administration appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Oreoluwa Fashola, Branch Chief FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, D.C. 20416

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, MD 20740-6001
> ogis@nara.gov
> ogis.archives.gov
> 202-741-5770
> 877-684-6448

Sincerely,

/s/ *Demetrick Pennie*
Dr. Demetrick Pennie
Associate Administrator
Office of Government Contracting and
Business Development

2