# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLOMBIA

DONNE DAWSON,

    *Plaintiff*,

v.

U.S. SMALL BUSINESS ADMINISTRATION,

    *Defendant*.

Civil Action No. 25-1644 (TNM)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, each party to bear its own fees and costs.

March 11, 2026

Respectfully submitted,

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW
Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
Email: bfield@schaerr-jaffe.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Sian Jones
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578

*Attorneys for the United States of America*